# WEINER LAW GROUP LLP

629 Parsippany Road
Parsippany, New Jersey 07054
P (973) 403-1100 F (973) 403-0010
www.weiner.law

**LAWRENCE M. BERKELEY**                                        lmberkeley@weiner.law
**Member of the Firm**

September 13, 2021

**Via Electronic Filing**
Clerk, United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

> **Re:    Bassolino, Gisella v. Costco Wholesale Corporation, et al.**
> **Docket No.:   MRS-L-1769-21**
> **Our File No.: COST-147**

Dear Sir/Madam:

Enclosed please find Petition for Removal on behalf of Defendant, Costco Wholesale Corporation. Please file same. By copy of this letter, we are advising our adversary of this Petition.

Thank you for your courtesy in this regard.

Respectfully submitted,

LAWRENCE M. BERKELEY
A Member of the Firm

Enclosures.

cc:    Clerk, Superior Court of New Jersey, Morris County (via electronic filing)
       Matthew H. Mueller, Esq. (via email – mmueller@cm-legal.com)

**WEINER LAW GROUP LLP**
Lawrence M. Berkeley – 7706
629 Parsippany Road
Parsippany, NJ 07054
Tel: (973) 403-1100
Fax: (973) 403-0010
Email: lmberkeley@weiner.law
Attorneys for Defendant, Costco Wholesale Corporation
Our File No.: COST-147

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GISELLA BASSOLINO**<br><br>      **Plaintiff**<br><br>**vs.**<br><br>**COSTCO WHOLESALE CORPORATION, JOHN DOES 1-10, JOHN DOES CORPORATIONS 1-10**<br><br>      **Defendants** | **CIVIL ACTION NO.:** |

**PETITION FOR REMOVAL**

Petitioner, Costco Wholesale Corporation, by its attorneys, Weiner Law Group, LLP, respectfully petitions the United States District Court for the District of New Jersey as follows:

1.      This case was commenced on August 16, 2021 in the Superior Court of New Jersey, Law Division, Morris County.  Suit is identified in the Superior Court as Gisella Bassolino v. Costco Wholesale Corporation, et al., Docket No. MRS-L-1769-21.  (See Exhibit A).

2.      Costco Wholesale Corporation first received a copy of the Complaint on August 23, 2021 when Plaintiff caused a copy to be served upon Costco's registered agent.

3.      The filing of this Petition for Removal is timely because it is filed within thirty days of the date Costco Wholesale Corporation first received notice of the lawsuit.

4.      Plaintiff's Complaint in the Superior Court of New Jersey, Law Division, Morris County, asserts damages of a non-specified amount.  Plaintiff allegedly sustained injuries as a result of a trip and fall incident within the East Hanover, New Jersey Costco warehouse.  As such, Defendant Costco Wholesale Corporation believes the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Costco Wholesale Corporation is informed and believes that Plaintiff is an individual citizen of the State of New Jersey.

6.      Defendant/petitioner, Costco Wholesale Corporation, is a Washington corporation and its principal place of business is 999 Lake Drive, Issaquah, Washington 98027.

7.      Therefore, complete diversity exists among the parties.

8.      Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

**WHEREFORE**, Petitioner, Costco Wholesale Corporation, Defendant in the action described herein, which is currently pending in the Superior Court of the State of New Jersey, Law Division, Morris County, Docket No. MRS-L-1769-21, prays that this action be removed therefrom to this Court.

WEINER LAW GROUP LLP
**Attorney for Defendant, Costco Wholesale Corp.**

Dated:  September 13, 2021                    BY: _Lawrence Berkeley_
                                                         LAWRENCE M. BERKELEY, ESQ.
                                                         (LMB-7706)

3

I certify that a true copy of the Summons and Complaint filed in the Superior Court of the State of New Jersey, County of Somerset, is annexed hereto as Exhibit A.

WEINER LAW GROUP LLP
**Attorney for Defendant, Costco Wholesale Corp.**

Dated:  September 13, 2021                    BY: _Lawrence Berkeley_____
                                                          LAWRENCE M. BERKELEY, ESQ.
                                                          (LMB-7706)